**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter    **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Rise Development Partners, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **82-0753099** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **444 Coney Island Avenue** **Brooklyn, NY 11218** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Kings** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://risedevelopmentus.com/** |

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Rise Development Partners, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**7.    Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

2361

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |

| Debtor | **Rise Development Partners, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____
Contact name _____
Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

| Debtor | **Rise Development Partners, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million

- ☐ $10,000,001 - $50  million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million

- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

| Debtor | **Rise Development Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 10, 2023**
MM / DD / YYYY

X **/s/ Lawrence Rafalovich**                              **Lawrence Rafalovich**
Signature of authorized representative of debtor              Printed name

Title    **President**

**18. Signature of attorney**

X **/s/ Adam P. Wofse, Esq.**                Date **November 10, 2023**
Signature of attorney for debtor                          MM / DD / YYYY

**Adam P. Wofse, Esq.**
Printed name

**LaMonica Herbst & Maniscalco, LLP**
Firm name

**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
Number, Street, City, State & ZIP Code

Contact phone  **516-826-6500**        Email address  **awofse@lhmlawfirm.com**

**NY**
Bar number and State

**Fill in this information to identify the case:**

Debtor name  **Rise Development Partners, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
■ *Schedule H: Codebtors* (Official Form 206H)
■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **November 10, 2023**          X */s/ Lawrence Rafalovich*
                                            Signature of individual signing on behalf of debtor

                                            **Lawrence Rafalovich**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Rise Development Partners, LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9703, LLC c/o Tsyngauz & Associates 114 Mulberry Street,Gr Fl New York, NY 10013 | | Rise Development Partners, LLC v. 9703 LLC, et al., 517401/2021, NY Supreme, Kings County Asserted Counterclaims | Contingent Unliquidated Disputed | | | $292,883.77 |
| 9703, LLC c/o Tsyngauz & Associates 114 Mulberry Street,Gr Fl New York, NY 10013 | | Lawsuit Index No. 502282/2021 NY Supreme, Kings County | Contingent Unliquidated Disputed | | | $251,387.00 |
| Alpine Ready Mix, Inc. c/o Law Offices of Steven Cohen, LLC 540 E.180th St, Ste. 203 Bronx, NY 10457 | | Lawsuit Index No. 528218/2021 NY Supreme, Kings County | Contingent Unliquidated Disputed | | | $321,069.17 |
| Commrs of State Ins. Fund James Fiedler, Gen. Atty c/o NYS Ins. Fund 199 Church St, 14 Fl New York, NY 10007 | | Lawsuit, Index No. 450964/2022 NY Supreme, NY County | Contingent Unliquidated Disputed | | | $319,480.80 |
| David Purcell c/o Mazzola Lindstrom LLP 1350 Ave of Americas 2nd Floor New York, NY 10019 | | Lawsuit, Index No. 650931/2023 NY Supreme, NY County | Contingent Unliquidated Disputed | | | $115,000.00 |

| Debtor | **Rise Development Partners, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **DeFalco Construction Inc 148-14 Liberty Avenue Jamaica, NY 11435** | | | | | | **$25,000.00** |
| **Douglas Bowen c/o Rottenberg Lipman Ric The Helmsley Building 230 Park Ave., 18 Fl New York, NY 10169** | | **Lawsuit, Index No. 523849/2022 NY Supreme, Kings County** | **Contingent Unliquidated Disputed** | | | **$407,000.00** |
| **Found. Bldg. Material LLC f/k/a S&E Bldg. Materials c/o Elias Schwartz PLLC 343 Greak Neck Road Great Neck, NY 11021** | | | | | | **$315,856.77** |
| **Gamelin Garcia Herrera c/o Liakas Law PC 65 Broadway, 13 Fl New York, NY 10006** | | **Lawsuit, Index No. 809694/2021E NY Supreme, Kings County** | **Contingent Unliquidated Disputed** | | | **$75,000.00** |
| **GUMA Corp. 240 Water Street Brooklyn, NY 11201** | | **Mechanic's liens filed against non-Debtor properties.** | | | | **$79,403.76** |
| **Independence Carting Inc. P.O.Box 3283 3283 Church St. Station New York, NY 10008-3283** | | | | | | **$23,190.40** |
| **John Deere Fin. 6400 NW 86th Street PO Box 6600 Johnston, IA 50131-6600** | | **Financed (John Deere Fin.) - 2022 John Deere (210G) The secured lien of approx. $129,800 exceeds value of approx. $95,000; $0.00 equity.** | | **$129,807.93** | **$95,000.00** | **$34,807.93** |

| Debtor | **Rise Development Partners, LLC** | | | Case number *(if known)* | | |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **John Deere Fin.**<br>**6400 NW 86th Street**<br>**PO Box 6600**<br>**Johnston, IA**<br>**50131-6600** | | **Financed (John Deere Fin.) - 2022 John Deere (85G) The secured lien of approx. $67,800 exceeds value of approx. $45,000; $0.00 equity.** | | $67,823.56 | $45,000.00 | $22,823.56 |
| **Men of Steel Ent. et al.**<br>**c/o Porzio Bromberg Newma**<br>**156 W 56th St., Ste. 803**<br>**New York, NY 10019** | | **Lawsuit, Index No. 519331/2020 NY Supreme, Kings County** | **Contingent Unliquidated Disputed** | | | $63,428.24 |
| **Men of Steel Ent. et al.**<br>**c/o Porzio Bromberg Newma**<br>**156 W 56th St., Ste. 803**<br>**New York, NY 10019** | | **Lawsuit, Index No. 654537/2020 NY Supreme, New York County** | **Contingent Unliquidated Disputed** | | | $1,265,107.35 |
| **Rolls Royce Motor Cars**<br>**Financial Services**<br>**PO Box 9001065**<br>**Louisville, KY 40290-1065** | | **Financed (Rolls Royce Motor Cars Fin.) - 2022 Rolls Royce Ghost Sedan 4D VIN *2443 Value approx. $150,000 less secured lien $327,000.** | | $302,614.44 | $150,000.00 | $152,614.44 |
| **TD Bank NA**<br>**PO Box 100295**<br>**Columbia, SC 29202** | | **Financed (TD Bank NA) - 2022 Ford Dump Truck VIN *6152 The secured lien of approx. $65,000 exceeds value of approx. $15,000; $0.00 equity.** | | $65,350.00 | $15,000.00 | $50,350.00 |
| **Tradesman Program Mgrs**<br>**c/o The Willis Law Group**<br>**1985 Forest Lane**<br>**Garland, TX 75042** | | **Lawsuit, Index No. 506271/2023 NY Supreme, Kings County** | **Contingent Unliquidated Disputed** | | | $179,759.73 |

Debtor  **Rise Development Partners, LLC**                                    Case number *(if known)* _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Wave Constr. Group c/o King & King, LLP Sanborn Map Building 629 Fifth Avenue Pelham, NY 10803** | | **Lawsuit, Supreme Kings County Index No. 518117/2023** | **Contingent Unliquidated Disputed** | | | **$59,843.75** |
| **Wave Constr. Group 199 Lee Avenue #542 Brooklyn, NY 11211** | | | | | | **$20,753.59** |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Rise Development Partners, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*...................................................................................... $     0.00

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*.................................................................................. $     1,709,308.48

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................... $     1,709,308.48

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     715,595.93

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $     0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     5,586,580.43

4.  **Total liabilities** ...........................................................................................................
    Lines 2 + 3a + 3b     $     6,302,176.36

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Rise Development Partners, LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
     Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| 3.1. | J.P.Morgan Chase - Operating Account | Checking | 9755 | $1,514.00 |
|---|---|---|---|---|

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$1,514.00**

### Part 2:    Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

| 7.1. | Security Deposit for Office Lease | $30,000.00 |
|---|---|---|

8.   **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

9.   **Total of Part 2.**
     Add lines 7 through 8. Copy the total to line 81.          **$30,000.00**

Debtor     **Rise Development Partners, LLC**                              Case number *(If known)* _____
           Name

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.        **Accounts receivable**

11a. 90 days old or less:      **648,621.19**      -        **0.00**   = ....      **$648,621.19**
                           face amount                   doubtful or uncollectible accounts

11b. Over 90 days old:      **695,453.18**      -        **170,892.89**  =....      **$524,560.29**
                           face amount                   doubtful or uncollectible accounts

12.     **Total of Part 3.**
        Current value on lines 11a + 11b = line 12.  Copy the total to line 82.       **$1,173,181.48**

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Regular office furniture and equipment** | **$0.00** | | **$500.00** |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** **Leased (De Lage Landen) - Copier - Konica Minolta BIZHUB C558** | **Unknown** | **N/A** | **$0.00** |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 2

Debtor    **Rise Development Partners, LLC**_____    Case number *(If known)* _____
　　　　　　Name

| | | | |
|---|---|---|---|
| **Computers, Servers, Monitors, Laptops** | Unknown | | $500.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| |
|---|
| $1,000.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**　**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **Owned - 2015 Ford Transit 250 Van VIN *4518** | Unknown | | $6,500.00 |
| 47.2.  **Owned - 2019 Big Tex Trailer VIN *8985** | Unknown | | $2,000.00 |
| 47.3.  **Financed (TD Bank NA) - 2022 Ford Dump Truck VIN *6152 The secured lien of approx. $65,000 exceeds value of approx. $15,000; $0.00 equity.** | Unknown | | $15,000.00 |
| 47.4.  **Financed (Rolls Royce Motor Cars Fin.) - 2022 Rolls Royce Ghost Sedan 4D VIN *2443 The secured lien of approx. $302,000 exceeds value of approx. $150,000; $0.00 equity.** | Unknown | | $150,000.00 |
| 47.5.  **Financed (John Deere Fin.) - 2022 John Deere (85G) The secured lien of approx. $67,800 exceeds value of approx. $45,000; $0.00 equity.** | Unknown | | $45,000.00 |

Debtor    **Rise Development Partners, LLC**                    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 47.6. | Financed (John Deere Fin.) - 2022 John Deere (210G) The secured lien of approx. $129,800 exceeds value of approx. $95,000; $0.00 equity. | Unknown | $95,000.00 |
| 47.7. | Leased (Chrysler Capitol) - 2021 Jeep/Subb VIN *2609 | Unknown | $0.00 |
| 47.8. | Leased (Chrysler Capitol) - 2021 Jeep/Subb VIN *5122 | Unknown | $0.00 |
| 47.9. | Leased (Chrysler Capitol) - 2021 Jeep/Subb VIN *5312 | Unknown | $0.00 |
| 47.10. | Leased (Chrysler Capital) - 2021 RAM Truck VIN *2723 Co-Lessee Barry Caldwell | Unknown | $0.00 |
| 47.11. | Leased (Lexus Fin. Svcs.) - 2022 Lexus RX 350L VIN *1202 | Unknown | $0.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
       Miscellaneous tools (Estimated Value)                    Unknown                    $20,000.00

51.    **Total of Part 8.**

       Add lines 47 through 50.  Copy the total to line 87.                              | $333,500.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

       ■ No.  Go to Part 10.
       ☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

       ■ No.  Go to Part 11.

| Debtor | **Rise Development Partners, LLC** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.

■ Yes Fill in the information below.

| | | | Current value of debtor's interest |
|---|---|---|---|
| 71. | **Notes receivable** | | |
| | Description (include name of obligor) | | |
| 72. | **Tax refunds and unused net operating losses (NOLs)** | | |
| | Description (for example, federal, state, local) | | |
| | **Potential Employee Retention Tax Credits** | Tax year | **$170,113.00** |
| 73. | **Interests in insurance policies or annuities** | | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | | |
| | **Rise Development Partners, LLC et al. v. Signature Bank, et al., Case No. 1:23-cv-04242-JGK, Southern District of New York** | | **Unknown** |
| | Nature of claim | **Fraud/Breach of Contract** | |
| | Amount requested | **$5,000,000.00** | |
| | **Rise Development Partners, LLC v. 9703 LLC, et al., Case No. 517401/2021, Supreme Court of the State of New York County of Kings** **Mechanic's Lien Filed** | | **Unknown** |
| | Nature of claim | **Breach of Contract; Mechanic's Lien Filed** | |
| | Amount requested | **$176,374.38** | |
| | **9703, LLC v. Rise Development Partners, LLC, et al.** **NY Supreme Court, Kings County, Index No. 502282/2021** **Counterclaim asserted by Debtor (as Defendant in this action)** | | **Unknown** |
| | Nature of claim | **Counterclaim - Breach of Contract/Non-Payment** | |
| | Amount requested | **$176,374.38** | |
| | **Potential Claims against Barry Caldwell** | | **Unknown** |
| | Nature of claim | | |
| | Amount requested | **$0.00** | |
| | **Potential claims against M&R Construction Group, Inc.** | | **Unknown** |
| | Nature of claim | | |
| | Amount requested | **$0.00** | |

Debtor    **Rise Development Partners, LLC**                              Case number *(If known)* _____
          Name

75.    **Other contingent and unliquidated claims or causes of action of
       every nature, including counterclaims of the debtor and rights to
       set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets,
       country club membership

78.    **Total of Part 11.**                                              | **$170,113.00** |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Debtor | **Rise Development Partners, LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,514.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $30,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,173,181.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $333,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $170,113.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,709,308.48 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,709,308.48 |

| Fill in this information to identify the case: |
| --- |

Debtor name **Rise Development Partners, LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- |

**2.1** | **John Deere Fin.**
Creditor's Name

**6400 NW 86th Street**
**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**7994**

Do multiple creditors have an interest in the same property?

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Financed (John Deere Fin.) - 2022 John Deere (85G)**
**The secured lien of approx. $67,800 exceeds value of approx. $45,000; $0.00 equity.**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$67,823.56**   Column B: **$45,000.00**

---

**2.2** | **John Deere Fin.**
Creditor's Name

**6400 NW 86th Street**
**PO Box 6600**
**Johnston, IA 50131-6600**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**8192**

Describe debtor's property that is subject to a lien
**Financed (John Deere Fin.) - 2022 John Deere (210G)**
**The secured lien of approx. $129,800 exceeds value of approx. $95,000; $0.00 equity.**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Column A: **$129,807.93**   Column B: **$95,000.00**

Debtor  **Rise Development Partners, LLC**                                    Case number (if known) _____
         Name

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Rolls Royce Motor Cars** | **Describe debtor's property that is subject to a lien** | $302,614.44 | $150,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Financed (Rolls Royce Motor Cars Fin.) - 2022 Rolls Royce Ghost Sedan 4D VIN *2443 The secured lien of approx. $302,000 exceeds value of approx. $150,000; $0.00 equity.** | | |

**Financial Services**
**PO Box 9001065**
**Louisville, KY 40290-1065**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Small Bus. Admin. (SBA)** | **Describe debtor's property that is subject to a lien** | $150,000.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Asserted secured interest in all personal property** | | |

**PO Box 3918**
**Portland, OR 97208-3918**

Creditor's mailing address

**Describe the lien**
**Grant of Security Interest**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**5/18/2020**

**Last 4 digits of account number**
**7403**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.5 | **TD Bank NA** | **Describe debtor's property that is subject to a lien** | $65,350.00 | $15,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **Financed (TD Bank NA) - 2022 Ford Dump Truck VIN *6152 The secured lien of approx. $65,000 exceeds value of approx. $15,000; $0.00 equity.** | | |

**PO Box 100295**
**Columbia, SC 29202**

Creditor's mailing address

**Describe the lien**

---

Debtor  **Rise Development Partners, LLC**                Case number (if known) _____
      Name

_____                **Is the creditor an insider or related party?**
Creditor's email address, if known              ■ No
                                                □ Yes
                                                **Is anyone else liable on this claim?**
**Date debt was incurred**                      ■ No
                                                □ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**              **As of the petition filing date, the claim is:**
**interest in the same property?**              Check all that apply
■ No                                            □ Contingent
□ Yes. Specify each creditor,                   □ Unliquidated
including this creditor and its relative         □ Disputed
priority.

---

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.     | $715,595.93 |

---

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
| --- | --- |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |
| **CESC- COVID EIDL SERVICE**<br>**14925 Kingsport Rd**<br>**Fort Worth, TX 76155** | Line __2.4__ | |
| **Salvatore Fontana**<br>**2620 National Drive**<br>**Brooklyn, NY 11234** | Line __2.5__ | |
| **Small Bus. Admin. (SBA)**<br>**2 North 20th Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | Line __2.4__ | |

---

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Rise Development Partners, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
9703, LLC
c/o Tsyngauz & Associates
114 Mulberry Street,Gr Fl
New York, NY 10013
Date(s) debt was incurred **4/8/2019**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: **Lawsuit Index No. 502282/2021 NY Supreme, Kings County**
Is the claim subject to offset? ■ No ☐ Yes

**$251,387.00**

**3.2** Nonpriority creditor's name and mailing address
9703, LLC
c/o Tsyngauz & Associates
114 Mulberry Street,Gr Fl
New York, NY 10013
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: **Rise Development Partners, LLC v. 9703 LLC, et al., 517401/2021, NY Supreme, Kings County Asserted Counterclaims**
Is the claim subject to offset? ■ No ☐ Yes

**$292,883.77**

**3.3** Nonpriority creditor's name and mailing address
Alpine Ready Mix, Inc.
c/o Law Offices of
Steven Cohen, LLC
540 E.180th St, Ste. 203
Bronx, NY 10457
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: **Lawsuit Index No. 528218/2021 NY Supreme, Kings County**
Is the claim subject to offset? ■ No ☐ Yes

**$321,069.17**

| Debtor | **Rise Development Partners, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Anderson Jose M. Fermin**<br>**c/o William Schwitzer PC**<br>**820 Second Ave., 10 Fl**<br>**New York, NY 10017** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lawsuit, Index No. 503849/2023**<br>**NY Supreme, Kings County** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Bonifacio Munoz**<br>**c/o Wingate Russotti LLP**<br>**420 Lexington Ave**<br>**Suite 2750**<br>**New York, NY 10170** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lawsuit, Index No. 717477/2020**<br>**NY Supreme, Queens County** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|
| | **Cleusson A de Souza**<br>**c/o Queller Fisher Washor**<br>**233 Broadway, Ste 1800**<br>**New York, NY 10279** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lawsuit, Index No. 503993/2021**<br>**NY Supreme, Kings County** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$319,480.80** |
|---|---|---|---|
| | **Commrs of State Ins. Fund**<br>**James Fiedler, Gen. Atty**<br>**c/o NYS Ins. Fund**<br>**199 Church St, 14 Fl**<br>**New York, NY 10007** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lawsuit, Index No. 450964/2022**<br>**NY Supreme, NY County** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$115,000.00** |
|---|---|---|---|
| | **David Purcell**<br>**c/o Mazzola Lindstrom LLP**<br>**1350 Ave of Americas**<br>**2nd Floor**<br>**New York, NY 10019** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Lawsuit, Index No. 650931/2023**<br>**NY Supreme, NY County** | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$294.67** |
|---|---|---|---|
| | **De Lage Landen Financial**<br>**P.O.Box 41602**<br>**Philadelphia, PA 19101-1602** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Rise Development Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$25,000.00** |
|---|---|---|---|

**DeFalco Construction Inc**
**148-14 Liberty Avenue**
**Jamaica, NY 11435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Dennis Millerson**
**c/o Khavinson & Assoc PC**
**45 Broadway, Ste 720**
**New York, NY 10006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lawsuit, Index No. 518499/2022__
__NY Supreme, Kings County__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$407,000.00** |
|---|---|---|---|

**Douglas Bowen**
**c/o Rottenberg Lipman Ric**
**The Helmsley Building**
**230 Park Ave., 18 Fl**
**New York, NY 10169**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lawsuit, Index No. 523849/2022__
__NY Supreme, Kings County__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Edward Vasquez**
**c/o Liakas Law PC**
**65 Broadway, 13th Fl**
**New York, NY 10006**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Lawsuit, Index No. 514316/2019__
__NY Supreme, Kings County__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$399,370.76** |
|---|---|---|---|

**Empire State Elec. Corp.**
**444 Coney Island Avenue**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Affiliate Company - Amount Owed for Subcontract__
__work performed__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,321,738.00** |
|---|---|---|---|

**Empire State Elec. Corp.**
**444 Coney Island Avenue**
**Brooklyn, NY 11218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: __Affiliate - Loans to cover operating expenses__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rise Development Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.16** | Nonpriority creditor's name and mailing address

**Found. Bldg. Material LLC**
**f/k/a S&E Bldg. Materials**
**c/o Elias Schwartz PLLC**
**343 Greak Neck Road**
**Great Neck, NY 11021**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$315,856.77**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address

**Gamelin Garcia Herrera**
**c/o Liakas Law PC**
**65 Broadway, 13 Fl**
**New York, NY 10006**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$75,000.00**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit, Index No. 809694/2021E**
**NY Supreme, Kings County**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.18** | Nonpriority creditor's name and mailing address

**GUMA Corp.**
**240 Water Street**
**Brooklyn, NY 11201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$79,403.76**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Mechanic's liens filed against non-Debtor properties.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address

**Independence Carting Inc.**
**P.O.Box 3283**
**3283 Church St. Station**
**New York, NY 10008-3283**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$23,190.40**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address

**Israel Sanchez**
**c/o Silberstein Awd PC**
**600 Old Country Rd.**
**Suite 505**
**Garden City, NY 11530**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit, Index No. 725329/2021**
**NY Supreme, Queens County**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address

**Jemzn Construction Inc.**
**110 West 40th Street**
**Suite 503**
**New York, NY 10018**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Mechanic's liens filed on non-Debtor properties. Not**
**active contract.**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Rise Development Partners, LLC**                           Case number (if known) _____
         _____
         Name

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,589.00 |

**John Deere Fin.**
**6400 NW 86th Street**
**PO Box 6600**
**Johnston, IA 50131-6600**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  2018 John Deere (300G)

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Madalla Diakite**
**c/o Glenn S Caplan PC**
**160 Broadway, 10 Fl**
**New York, NY 10038**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Lawsuit, Index No. 537247/2022
NY Supreme, Kings County

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Mariano Yanes**
**c/o Cuomo LLC**
**200 Old Country Rd.**
**Suite 2 South**
**Mineola, NY 11501**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Lawsuit, Index No. 524329/2020
NY Supreme, Kings County

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |

**Maykoll Medina**
**c/o Chelsea Horowitz, Esq**
**600 Old Country Rd.**
**Suite 505**
**Garden City, NY 11530**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Lawsuit, Index. No. 535873/2022
NY Supreme, Kings County

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,265,107.35 |

**Men of Steel Ent. et al.**
**c/o Porzio Bromberg Newma**
**156 W 56th St., Ste. 803**
**New York, NY 10019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Lawsuit, Index No. 654537/2020
NY Supreme, New York County

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $63,428.24 |

**Men of Steel Ent. et al.**
**c/o Porzio Bromberg Newma**
**156 W 56th St., Ste. 803**
**New York, NY 10019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  Lawsuit, Index No. 519331/2020
NY Supreme, Kings County

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Rise Development Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.28** | Nonpriority creditor's name and mailing address
**NY Concrete Washout Sys.**
**c/oTesser & Cohen**
**946 Main Street**
**Hackensack, NJ 07601**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit, Index No. 520954/2020**
**NY Supreme, Kings County**

Is the claim subject to offset? ■ No ☐ Yes

**$15,668.06**

---

**3.29** | Nonpriority creditor's name and mailing address
**Park Lumber Corp**
**1071 38th Street**
**Brooklyn, NY 11219**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,258.36**

---

**3.30** | Nonpriority creditor's name and mailing address
**Ricardo Sisniega Palma**
**c/o Khavinson & Assoc. PC**
**45 Broadway, Ste. 720**
**New York, NY 10006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit, Index. No. 521402/2022**
**NY Supreme, Kings County**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.31** | Nonpriority creditor's name and mailing address
**Santiago Alcantara**
**c/o Khavinson & Assoc.**
**45 Broadway, Ste. 720**
**New York, NY 10006**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit, Index No. 515247/2022**
**NY Supreme, Kings County**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.32** | Nonpriority creditor's name and mailing address
**Supreme Flooring**
**1072 Madison Avenue**
**Lakewood, NJ 08701**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,497.25**

---

**3.33** | Nonpriority creditor's name and mailing address
**Tradesman Program Mgrs**
**c/o The Willis Law Group**
**1985 Forest Lane**
**Garland, TX 75042**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **Lawsuit, Index No. 506271/2023**
**NY Supreme, Kings County**

Is the claim subject to offset? ■ No ☐ Yes

**$179,759.73**

| Debtor | **Rise Development Partners, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Ummay Hana**
**c/o Michael Gasi & Assoc**
**40-43 75th St, 1st Fl**
**Elmhurst, NY 11373**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit, Index No. 702513/2023**
**NY Supreme, Kings County**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$59,843.75** |
|---|---|---|---|

**Wave Constr. Group**
**c/o King & King, LLP**
**Sanborn Map Building**
**629 Fifth Avenue**
**Pelham, NY 10803**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit, Supreme Kings County Index No.**
**518117/2023**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,753.59** |
|---|---|---|---|

**Wave Constr. Group**
**199 Lee Avenue #542**
**Brooklyn, NY 11211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Will Omar Aguilar Pineda**
**c/o Lawrence P. Biondi PC**
**81 Main St., Ste 305**
**White Plains, NY 10601**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit, Index No. 500057/2023**
**NY Supreme, Kings County**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Yohamir A Barturen**
**c/o Sanders Aronova**
**100 Garden City Plaza**
**Suite 500**
**Garden City, NY 11530**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit, Index No. 507906/2023**
**NY Supreme, Kings County**

Is the claim subject to offset? ☐ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **566 Grand Street SPE LLC**<br>**c/o Green Street Group**<br>**Attn: Joshua Greenberg**<br>**228 Park Ave. South**<br>**New York, NY 10003** | Line  **3.21**<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Rise Development Partners, LLC**                    Case number (if known) _____
        _____
        Name

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Cleusson A de Souza**<br>**c/o Lawrence Biondi PC**<br>**81 Main Street, Ste 305**<br>**White Plains, NY 10601** | Line **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 **Commrs of State Ins. Fund**<br>**NYS Ins. Fund**<br>**Attn: Christina Rhode, Es**<br>**199 Church St, 14 Fl**<br>**New York, NY 10007** | Line **3.7**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 **Douglas Bowen**<br>**c/o Meister Seelig Fein**<br>**125 Park Ave, 7 Fl**<br>**New York, NY 10017** | Line **3.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 **S&E Building Materials In**<br>**744 McDonald Avenue**<br>**Brooklyn, NY 11218** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 **Wave Constr. Group**<br>**199 Lee Avenue #542**<br>**Brooklyn, NY 11211** | Line **3.35**<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 5,586,580.43 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,586,580.43 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Rise Development Partners, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest — **Leased Vehicle - 2021 Jeep/Subb VIN *2609**<br><br>State the term remaining — **8/18/2024**<br><br>List the contract number of any government contract | **Chrysler Capital**<br>**PO Box 660647**<br>**Dallas, TX 75266-0647** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest — **Leased Vehicle - 2021 Ram Truck VIN *2723**<br><br>State the term remaining — **7/14/2024**<br><br>List the contract number of any government contract | **Chrysler Capital**<br>**PO Box 660647**<br>**Dallas, TX 75266-0647** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest — **Leased Vehicle - 2021 Jeep/Subb VIN *5122**<br><br>State the term remaining — **8/12/2024**<br><br>List the contract number of any government contract | **Chrysler Capital**<br>**PO Box 660647**<br>**Dallas, TX 75266-0647** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Leased Vehicle - 2021 Jeep/Subb VIN *5312**<br><br>State the term remaining — **4/15/2024**<br><br>List the contract number of any government contract | **Chrysler Capital**<br>**PO Box 660647**<br>**Dallas, TX 75266-0647** |

Debtor 1    **Rise Development Partners, LLC**

First Name          Middle Name          Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Dato A/C Inc.** |
| | List the contract number of any government contract | | **444 Coney Island Avenue** |
| | | | **Brooklyn, NY 11218** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Copier System Make: Konica Minolta, Model #: BIZHUB C558** | |
|---|---|---|---|
| | State the term remaining | **September 2023** | **De Lage Landen Fin. Svcs.** |
| | | | **Lease Processing Center** |
| | List the contract number of any government contract | | **1111Old Eagle Road** |
| | | | **Wayne, PA 19087** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Empire State Elec. Co.** |
| | List the contract number of any government contract | | **444 Coney Island Avenue** |
| | | | **Brooklyn, NY 11218** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Contract** | |
|---|---|---|---|
| | State the term remaining | | **Kishan Plumbing & Heating** |
| | List the contract number of any government contract | | **106-46 Guy R.Brewer Blvd.** |
| | | | **Jamaica, NY 11433** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Leased Vehicle - 2022 Lexus RX 350L VIN *1202** | |
|---|---|---|---|
| | State the term remaining | **2/15/2025** | **Lexus Financial Services** |
| | List the contract number of any government contract | | **PO Box 4102** |
| | | | **Carol Stream, IL 60197-4102** |

| Debtor 1 | **Rise Development Partners, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest

**Debtor disputes it is has any obligations related to any contract with M&R Construction Group, Inc. The Debtor reserves all rights herein.**

State the term remaining

List the contract number of any government contract

**M&R Constr. Grp., Inc.**
**Attn: James McEnerney**
**144 McClean Ave.**
**Staten Island, NY 10305**

---

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Contract**

State the term remaining

List the contract number of any government contract

**S&Q Elevator Inc.**
**138 East Broadway**
**New York, NY 10002**

---

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Contract**

State the term remaining

List the contract number of any government contract

**Syed Contractors Corp**
**273 Hunter Avenue**
**Staten Island, NY 10306**

---

**2.13.** State what the contract or lease is for and the nature of the debtor's interest — **Construction Contract**

State the term remaining

List the contract number of any government contract

**YM Pro Corp/Prograde**
**150 Bay 17th Street**
**Brooklyn, NY 11214**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>Rise Development Partners, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF NEW YORK</td></tr>
<tr><td>Case number <em>(if known)</em></td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Lawrence Rafalovich** | **444 Coney Island Avenue Brooklyn, NY 11218** | **Small Bus. Admin. (SBA)** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **Barry Caldwell** | **1271 Cooper Road Scotch Plains, NJ 07076** | **Chrysler Capital** | ☐ D _____<br>☐ E/F _____<br>■ G __2.2__ |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Rise Development Partners, LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**    Income

1.   **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$6,723,374.29** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$9,694,292.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$13,233,538.22** |

2.   **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3.   **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
| --- | --- | --- | --- |

| Debtor | **Rise Development Partners, LLC** | Case number *(if known)* |
|--------|-------------------------------------|---------------------------|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|------------------------------|-------|------------------------|---------------------------------------------------------|
| 3.1. **See Annexed Rider 1** | | **$593,508.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.2. **Empire State Elec. Corp.**<br>**444 Coney Island Avenue**<br>**Brooklyn, NY 11218** | | **$58,500.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Repayment of loans made by affiliate to cover operating expenses. After payments made, additional loans provided to Debtor. Outstanding balance of loans owed to affiliate is $1,321,738**<br><br>**Paid from Debtor Acct *9755 - $45,000**<br>**Paid from Rise US LLC Acct *6190 - $13,500** |
| 3.3. **Lawrence Rafalovich**<br>**444 Coney Island Avenue**<br>**Brooklyn, NY 11218** | **Weekly gross salary** | **$97,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|-------------------------------------------------------|-------|------------------------|----------------------------------|
| 4.1. **Empire State Elec. Corp.**<br>**444 Coney Island Avenue**<br>**Brooklyn, NY 11218**<br>**Affiliate** | | **$181,000.00** | **Repayment of loans made by affiliate to cover operating expenses.  Outstanding balance of loans owed to affiliate is $1,321,738.**<br><br>**Paid from Debtor Acct *9755 - $81,000**<br>**Paid from Rise US LLC Acct *6190 - $100,000**<br>**(Excludes totals from 90 days SoFA #3)** |

| Debtor | Rise Development Partners, LLC | | Case number *(if known)* | |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.2. **Rise Development Partners US LLC**<br><br>**Affiliate** | | **Unknown** | **The Debtor used a bank account held in the name of this affiliate solely for the Debtor's operations. This JP Morgan Chase account \*6190 was closed. See SoFA #18.** |
| 4.3. **Lawrence Rafalovich**<br>**444 Coney Island Avenue**<br>**Brooklyn, NY 11218**<br>**President** | **Weekly gross salary** | **$292,500.00** | **Weekly gross salary (Excludes amount from 90 day period, see SoFA #3)** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Ferrari Financial Services, Inc.**<br>**75 Remittance Drive**<br>**Suite 1738**<br>**Chicago, IL 60675-1738** | **2019 Ferrari 488PISTA. Turned over to secured lender July 2023 for full payoff $388,739.46 of loan.** | **07/2023** | **$388,739.46** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**  **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **242 Nevins, Inc., v. Rise Development Partners, LLC, Rise Concrete LLC, Barry Caldwell, and Lawrence Rafalovich**<br>**509730/2022** | **Ejectment** | **NY Supreme, Kings County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **440 3rd Avenue LLC v. Rise Development Partners, LLC, Rise Concrete LLC, Empire State Electrical Corp., Barry Caldwell, and Lawrence Rafalovich**<br>**509732/2022** | **Ejectment** | **NY Supreme, Kings County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Debtor    **Rise Development Partners, LLC**                                    Case number *(if known)* _____

|  | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **9703, LLC v. Rise Development Partners, LLC etal**<br>**502282/2021** | **Breach of Contract** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | **Alpine Ready v. Happy Living (834 Pacific Holdings), Westchester Fire Co., Rise Development Partners and Rise Concrete**<br>**528218/2021** | **Breach of Contract** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | **Anderson Jose Mundaray Fermin v. 73 Gold Street LLC and Rise Development Partners LLC**<br>**503849/2023** | **Personal Injury** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.6. | **Bonifacio Munoz v. Jamaica Builders, et al**<br>**717477/2020** | **Personal Injury** | **NY Supreme, Queens County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.7. | **Cleusson Aparecido de Souza v. Jamaica Builders LLC, et al**<br>**503993/2021** | **Personal Injury** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.8. | **Commissioners of the State Insurance Fund v. Rise Development Partners LLC and Rise Concrete LLC**<br>**450964/2022** | **Workers' compensation insurance coverage** | **NY Supreme, New York County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.9. | **David Purcell v. Holliswood2Ave and Rise Development Partners, LLC**<br>**650931/2023** | **Personal Injury** | **NY Supreme, New York County**<br>**County of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.10. | **Dennis Millerson v. Rise Development Partners LLC, et al**<br>**518499/2022** | **Personal Injury** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.11. | **Douglas Bowen v. 132 Waverly Ave SPE LLC, et al**<br>**523849/2022** | **Trespass, Conversion, Unjust Enrichment** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.12. | **Edward Vasquez v. Tri-State Lumber LTD, et al**<br>**514316/2019** | **Personal Injury** | **NY Supreme, New York County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.13. | **Gabriel Oliveira-Coelho v. Richmond Group Capital LLC, et al**<br>**500316/2023** | **Personal Injury** | **NY Supreme, Kings County** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.14. | **Gamelin Garcia Herrera v. M.N.C. General, et al**<br>**809694/2021E** | **Personal Injury** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **Rise Development Partners, LLC**    Case number *(if known)* _____

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.15. | **Israel Sanchez v. Ridgewood Tower III LLC, et al**<br>**725329/2021** | **Personal Injury** | **NY Supreme, Queens County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.16. | **Madalla Diakite v. Spenceran Inc., et al**<br>**537247/2022** | **Personal Injury** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.17. | **Mariano Yanes v. Preferred GC Group Inc.**<br>**542329/2020** | **Personal Injury** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.18. | **Maykoll Medina v. Spenceran Inc., et al**<br>**535873/2022** | **Personal Injury** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.19. | **Men of Steel (834 Pacific) and Empire State Rebar Install LLC v.**<br>**834 Pacific Holdings, St. Joseph's Roman Catholic Church of Brooklyn, Happy Living Development, LLC, Rise Development Partners, LLC and Rise Development Concrete, LLC**<br>**519331/2020** | **Breach of Contract** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.20. | **Men of Steel, LLC and Empire State Rebar Install v. Bespoke Harlem West, et al**<br>**654537/2020** | **Breach of Contract** | **NY Supreme, New York County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.21. | **New York Concrete Washout Systems, Inv. v. Rise Development Partners, LLC, et al**<br>**520954/2020** | **Breach of Contract** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.22. | **Ricardo Sisniega Palma v. Spenceran, Inc., et al**<br>**521402/2022** | **Personal Injury** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.23. | **Rise Development Partners, LLC et al v. Signature Bank, et al**<br>**23-cv-04242-JGK** | **Breach of Fiduciary Duty** | **S.D.N.Y** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.24. | **Rise Development Partners, LLC v. 9703 LLC, et al**<br>**517401/2021** | **Breach of Contract; Mechanic's Lien Filed** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.25. | **Santiago Alcantara v. Spenceran Inc, et al**<br>**515247/2022** | **Personal Injury** | **NY Supreme, Kings County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

| Debtor | Rise Development Partners, LLC | | Case number *(if known)* | |
|---|---|---|---|---|

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.26. | Tradesman Program Managers, LLC as Managing General Agent for Accredited Surety and Casuality Company, Inc. v. Rise Development Partners LLC and Rise Concrete LLC<br>506271/2023 | Repayment of insurance premiums and deductibles | NY Supreme, Kings County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.27. | Unmay Hana v. Jose Staylopez and Rise Development Partners<br>702513/2023 | Personal Injury | NY Supreme, Kings County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.28. | USC-Jenna LLC, et al. v. Barry Caldwell and Rise Concrete, LLC<br>500170/2023 | Breach of Contract | NY Supreme, Kings County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.29. | USC-Jenna, LLC et al v. Rise Concrete LLC et al<br>805891/2021E | Breach of Contract | NY Supreme, Kings County | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.30. | Will Omar Aguilar Pineda v. Rise Development Partners LLC and 566 Grand Street SPE LLC<br>500057/2023 | Personal Injury | NY Supreme, Kings County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.31. | Yohamir Altamirano Barturen v. 73 Gold Street and Rise Development Partners, LLC<br>507906/2023 | Personal Injury | NY Supreme, Kings County | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.32. | Wave Construction Group LLC v. Rise Development Partners, LLC, et al.<br>518117/2023 | Breach of Contract | NY Supreme, Kings County | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | Eric Gonzalez | Political Contributions / Fundraising | 7/15/21, 10/1/21 | $3,900.00 |
| | Recipients relationship to debtor | | | |

| Debtor | **Rise Development Partners, LLC** | Case number *(if known)* | |

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.2. | **Myrtle Avenue** | Table for Debtor at charity event. | 10/29/21 | $3,000.00 |
| | Recipients relationship to debtor | | | |
| 9.3. | **A Child's Wish Inc** | Charity Auction | 12/10/21 | $3,000.00 |
| | Recipients relationship to debtor | | | |

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss — If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. — List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|
| **Theft of tools at job site. Replacement value approximately $15,000.** | | 10/4/2023 | $15,000.00 |

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **LaMonica Herbst & Maniscalco, LLP 3305 Jerusalem Ave Ste 201 Wantagh, NY 11793** | | 6/9/23 | $26,738.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

Debtor **Rise Development Partners, LLC**

Case number *(if known)* _____

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. **New England Heavy Equipment LLC**<br>**70 White Rock Drive**<br>**Windsor, CT 06095**<br><br>**Relationship to debtor** | **2019 Ford Flatbed sold on 6/12/23 for $55,000; payoff to secured lender Ally Financial $46,262. Equity surplus $8,738.** | **6/12/2023** | **$55,000.00** |
| 13.2. **New England Heavy Equipment LLC**<br>**70 White Rock Drive**<br>**Windsor, CT 06095**<br><br>**Relationship to debtor** | **2018 John Deere 35G sold on 6/28/23 for $25,000; payoff to secure lender John Deere Financial $8,711.34. Equity surplus $16,288.66.** | **6/28/2023** | **$25,000.00** |
| 13.3. **New England Heavy Equipment LLC**<br>**70 White Rock Drive**<br>**Windsor, CT 06095**<br><br>**Relationship to debtor** | **2018 John Deere 300G sold on 4/27/23 for $85,000; secured lender John Deere Financial paid partially with current deficiency $18,589.** | **4/27/23** | **$85,000.00** |
| 13.4. **Empire State Elec. Corp.**<br>**444 Coney Island Avenue**<br>**Brooklyn, NY 11218**<br><br>**Relationship to debtor**<br>**Affiliate** | **2018 Mercedes Van VIN *2954. Transferred to affiliate entity for partial satisfaction of loan.** | **6/26/2023** | **$25,000.00** |
| 13.5. **Smart Tuition**<br><br>**Relationship to debtor** | **Payment** | **01/13/2022** | **$16,300.00** |

---

**Part 7:** Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **430 3rd Avenue**<br>**Brooklyn, NY 11215** | **2020-2022** |

| Debtor | **Rise Development Partners, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **J.P.Morgan Chase**<br>**4901 13th Avenue**<br>**Brooklyn, NY 11219** | **XXXX-6190** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | **9/5/2023** | **$0.00** |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Rise Development Partners, LLC**                                        Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

| Debtor | **Rise Development Partners, LLC** | Case number *(if known)* | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Ida Rafalovich, Bookkeeper**<br>**444 Coney Island Avenue**<br>**Brooklyn, NY 11218** | **2020-2023** |
| 26a.2. **Eisner Amper Advisory LLC**<br>**Peter Kutner CPA**<br>**175 Broadhollow Road Suite 250**<br>**Melville, NY 11747** | **2020-2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Ida Rafalovich**<br>**444 Coney Island Avenue**<br>**Brooklyn, NY 11218** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lawrence Rafalovich** | **444 Coney Island Avenue**<br>**Brooklyn, NY 11218** | **President** | **100%** |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

| Debtor | **Rise Development Partners, LLC** | Case number *(if known)* | |
|--------|--------|--------|--------|

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Lawrence Rafalovich** | **Weekly gross salary of $7,500.** | | **Salary. See SoFA #4.** |
| | Relationship to debtor **President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 10, 2023**

**/s/ Lawrence Rafalovich**                                        **Lawrence Rafalovich**
Signature of individual signing on behalf of the debtor            Printed name

Position or relationship to debtor    **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
■ Yes

**Rider 1**

**SoFA Sec. 3**

| NAME | Transfers From Rise US LLC *6190 | Transfers From Rise Dev *9755 | Total Amount |
|---|---|---|---|
| A Equipment Inc / A. Construction NY Inc | $ - | $ 18,700.00 | $ 18,700.00 |
| Access Solutions Group | $ - | $ 7,610.00 | $ 7,610.00 |
| Advanced Facade Inc | $ - | $ - | $ - |
| All American Transit Mix Corp | $ - | $ 8,955.00 | $ 8,955.00 |
| Arcade Home Improvements Inc | $ - | $ 20,000.00 | $ 20,000.00 |
| Atlantech Systems | $ - | $ - | $ - |
| Big Apple BBQ & Fireplace, Inc. | $ - | $ - | $ - |
| Brilliant 2000 Corp | $ - | $ 12,101.80 | $ 12,101.80 |
| Brooklyn Window & Door | $ - | $ 94,661.23 | $ 94,661.23 |
| Bruche Mechanical | $ - | $ - | $ - |
| Candid Connections Inc. | $ - | $ 48,500.00 | $ 48,500.00 |
| Chutes Enterprises | $ - | $ - | $ - |
| DeFalco Construction Inc | $ - | $ 20,000.00 | $ 20,000.00 |
| E20 Stucco Inc. | $ - | $ 5,000.00 | $ 5,000.00 |
| Glenwood Mason Supply Co., Inc. | $ - | $ 14,503.76 | $ 14,503.76 |
| Independence Carting Inc | $ - | $ 16,058.67 | $ 16,058.67 |
| Intake Electrical Contracting Corp. | $ 22,485.00 | $ 26,931.25 | $ 49,416.25 |
| KAMCO Supply Corp. | $ 20,797.08 | $ 95,614.58 | $ 116,411.66 |
| Kishan Plumbing & Heating, Inc. | $ - | $ - | $ - |
| Malibu Auto Repair | $ - | $ 7,889.17 | $ 7,889.17 |
| MT Ironworks | $ - | $ - | $ - |
| Northern Wolves Inc | $ - | $ - | $ - |
| Park Lumber Corp | $ 21,323.74 | $ 23,029.39 | $ 44,353.13 |
| Reform Furniture US Inc | $ - | $ - | $ - |
| Riteway Heating Corp | $ - | $ 15,163.20 | $ 15,163.20 |
| SD Design Paint Corp. | $ - | $ - | $ - |
| Sergco Services Inc. | $ - | $ 18,985.00 | $ 18,985.00 |
| Silver Back Batista Corp. | $ - | $ 10,000.00 | $ 10,000.00 |
| Syed Contractors Corp. | $ - | $ - | $ - |
| Triborough Scaffolding & Hoisting Inc | $ - | $ - | $ - |
| Twin Forks | $ - | $ - | $ - |
| VAN Comm Corp | $ 32,200.00 | $ 33,000.00 | $ 65,200.00 |
| YM Pro Corp/Prograde | $ - | $ - | $ - |
| | | | $ 593,508.87 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of New York

In re   **Rise Development Partners, LLC**

Case No. _____

Debtor(s)

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Unknown; TBD** |
| Prior to the filing of this statement I have received | $ | **25,000.00** |
| Balance Due | $ | **TBD** |

2.  $ **1,738.00**  of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

5.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **November  10, 2023** | **/s/ Adam P. Wofse, Esq.** |
| *Date* | **Adam P. Wofse, Esq.** |
| | *Signature of Attorney* |
| | **LaMonica Herbst & Maniscalco, LLP** |
| | **3305 Jerusalem Avenue, Suite 201** |
| | **Wantagh, NY 11793** |
| | **516-826-6500** |
| | **awofse@lhmlawfirm.com** |
| | *Name of law firm* |

---

# United States Bankruptcy Court
## Eastern District of New York

In re    **Rise Development Partners, LLC**

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Lawrence Rafalovich**<br>**444 Coney Island Avenue**<br>**Brooklyn, NY 11218** | | | **100% Ownership** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **November 10, 2023**

Signature    **/s/ Lawrence Rafalovich**

**Lawrence Rafalovich**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**LaMonica Herbst & Maniscalco, LLP**
3305 Jerusalem Avenue
Wantagh, New York 11793
(516) 826-6500
Adam P. Wofse, Esq.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X
In re:                                                            Chapter 11
                                                                  Case No.

RISE DEVELOPMENT PARTNERS, LLC,

                            Debtor.
---------------------------------------------------------X

## STATEMENT PURSUANT TO FEDERAL BANKRUPTCY
## RULE 1007(a)(1) AND 7007.1

Pursuant to Bankruptcy Rules 1007(a)(1) and 7007.1, there is no corporate entity to disclose which owns 10% or more of any class of equity interests of the Debtor.

Dated: November 10, 2023

                            */s/ Lawrence Rafalovich*
                            Lawrence Rafalovich
                            President of Rise Development Partners, LLC

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NEW YORK

## STATEMENT PURSUANT TO LOCAL
## BANKRUPTCY RULE 1073-2(b)

**DEBTOR(S):**   Rise Development Partners, LLC

**CASE NO.:.** _____

Pursuant to Local Bankruptcy Rule 1073-2(b), the debtor *(or any other petitioner)* hereby makes the following disclosure concerning Related Cases, to the petitioner's best knowledge, information and belief:

[NOTE: Cases shall be deemed "Related Cases" for purposes of E.D.N.Y. LBR 1073-1 and E.D.N.Y. LBR 1073-2 if the earlier case was pending at any time within eight years before the filing of the new petition, and the debtors in such cases: (i) are the same; (ii) are spouses or ex-spouses; (iii) are affiliates, as defined in 11 U.S.C. § 101(2); (iv) are general partners in the same partnership; (v) are a partnership and one or more of its general partners; (vi) are partnerships which share one or more common general partners; or (vii) have, or within 180 days of the commencement of either of the Related Cases had, an interest in property that was or is included in the property of another estate under 11 U.S.C. § 541(a).]

■ NO RELATED CASE IS PENDING OR HAS BEEN PENDING AT ANY TIME.

☐ THE FOLLOWING RELATED CASE(S) IS PENDING OR HAS BEEN PENDING:

1. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                   [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                                          (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

2. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                   [*If closed*] Date of closing:_____

  CURRENT STATUS OF RELATED CASE: _____
                                          (Discharged/awaiting discharge, confirmed, dismissed, etc.)

  MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

3. CASE NO.:_____  JUDGE:_____  DISTRICT/DIVISION:_____

CASE STILL PENDING (Y/N):_____                   [*If closed*] Date of closing:_____

(OVER)

DISCLOSURE OF RELATED CASES (cont'd)

CURRENT STATUS OF RELATED CASE: _____
(Discharged/awaiting discharge, confirmed, dismissed, etc.)

MANNER IN WHICH CASES ARE RELATED *(Refer to NOTE above)*: _____

REAL PROPERTY LISTED IN DEBTOR'S SCHEDULE "A" ("REAL PROPERTY") WHICH WAS ALSO LISTED IN SCHEDULE "A" OF RELATED CASE: _____

*NOTE:* Pursuant to 11 U.S.C. § 109(g), certain individuals who have had prior cases dismissed within the preceding 180 days may not be eligible to be debtors. Such an individual will be required to file a statement in support of his/her eligibility to file.

TO BE COMPLETED BY DEBTOR/PETITIONER'S ATTORNEY, AS APPLICABLE:

I am admitted to practice in the Eastern District of New York (Y/N): __**Y**__

CERTIFICATION (to be signed by pro se debtor/petitioner or debtor/petitioner's attorney, as applicable):

I certify under penalty of perjury that the within bankruptcy case is not related to any case now pending or pending at any time, except as indicated elsewhere on this form.

**/s/ Adam P. Wofse, Esq.**
_____
**Adam P. Wofse, Esq.**
Signature of Debtor's Attorney
**LaMonica Herbst & Maniscalco, LLP**
**3305 Jerusalem Avenue, Suite 201**
**Wantagh, NY 11793**
**516-826-6500**

_____
Signature of Pro Se Debtor/Petitioner

_____
Signature of Pro Se Joint Debtor/Petitioner

_____
Mailing Address of Debtor/Petitioner

_____
City, State, Zip Code

_____
Area Code and Telephone Number

Failure to fully and truthfully provide all information required by the E.D.N.Y. LBR 1073-2 Statement may subject the debtor or any other petitioner and their attorney to appropriate sanctions, including without limitation conversion, the appointment of a trustee or the dismissal of the case with prejudice.

<u>NOTE</u>: Any change in address must be reported to the Court immediately IN WRITING. Dismissal of your petition may otherwise result.

**United States Bankruptcy Court**
**Eastern District of New York**

In re   **Rise Development Partners, LLC** _____    Case No. _____
                                          Debtor(s)          Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

      The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date:   **November 10, 2023** _____    **/s/ Lawrence Rafalovich** _____
                                                  **Lawrence Rafalovich**/**President**
                                                  Signer/Title

Date:   **November 10, 2023** _____    **/s/ Adam P. Wofse, Esq.** _____
                                                  Signature of Attorney
                                                  **Adam P. Wofse, Esq.**
                                                  **LaMonica Herbst & Maniscalco, LLP**
                                                  **3305 Jerusalem Avenue, Suite 201**
                                                  **Wantagh, NY 11793**
                                                  **516-826-6500**

USBC-44                                                              Rev. 9/17/98

566 Grand Street SPE LLC
c/o Green Street Group
Attn: Joshua Greenberg
228 Park Ave. South
New York, NY 10003


9703, LLC
c/o Tsyngauz & Associates
114 Mulberry Street,Gr Fl
New York, NY 10013


Alpine Ready Mix, Inc.
c/o Law Offices of
Steven Cohen, LLC
540 E.180th St, Ste. 203
Bronx, NY 10457


Anderson Jose M. Fermin
c/o William Schwitzer PC
820 Second Ave., 10 Fl
New York, NY 10017


Barry Caldwell
1271 Cooper Road
Scotch Plains, NJ 07076


Bonifacio Munoz
c/o Wingate Russotti LLP
420 Lexington Ave
Suite 2750
New York, NY 10170


CESC- COVID EIDL SERVICE
14925 Kingsport Rd
Fort Worth, TX 76155


Chrysler Capital
PO Box 660647
Dallas, TX 75266-0647


Cleusson A de Souza
c/o Queller Fisher Washor
233 Broadway, Ste 1800
New York, NY 10279

Cleusson A de Souza
c/o Lawrence Biondi PC
81 Main Street, Ste 305
White Plains, NY 10601


Commrs of State Ins. Fund
James Fiedler, Gen. Atty
c/o NYS Ins. Fund
199 Church St, 14 Fl
New York, NY 10007


Commrs of State Ins. Fund
NYS Ins. Fund
Attn: Christina Rhode, Es
199 Church St, 14 Fl
New York, NY 10007


Dato A/C Inc.
444 Coney Island Avenue
Brooklyn, NY 11218


David Purcell
c/o Mazzola Lindstrom LLP
1350 Ave of Americas
2nd Floor
New York, NY 10019


De Lage Landen Fin. Svcs.
Lease Processing Center
1111Old Eagle Road
Wayne, PA 19087


De Lage Landen Financial
P.O.Box 41602
Philadelphia, PA 19101-1602


DeFalco Construction Inc
148-14 Liberty Avenue
Jamaica, NY 11435


Dennis Millerson
c/o Khavinson & Assoc PC
45 Broadway, Ste 720
New York, NY 10006

Douglas Bowen
c/o Rottenberg Lipman Ric
The Helmsley Building
230 Park Ave., 18 Fl
New York, NY 10169


Douglas Bowen
c/o Meister Seelig Fein
125 Park Ave, 7 Fl
New York, NY 10017


Edward Vasquez
c/o Liakas Law PC
65 Broadway, 13th Fl
New York, NY 10006


Empire State Elec. Co.
444 Coney Island Avenue
Brooklyn, NY 11218


Empire State Elec. Corp.
444 Coney Island Avenue
Brooklyn, NY 11218


Found. Bldg. Material LLC
f/k/a S&E Bldg. Materials
c/o Elias Schwartz PLLC
343 Greak Neck Road
Great Neck, NY 11021


Gamelin Garcia Herrera
c/o Liakas Law PC
65 Broadway, 13 Fl
New York, NY 10006


GUMA Corp.
240 Water Street
Brooklyn, NY 11201


Independence Carting Inc.
P.O.Box 3283
3283 Church St. Station
New York, NY 10008-3283

Israel Sanchez
c/o Silberstein Awd PC
600 Old Country Rd.
Suite 505
Garden City, NY 11530


Jemzn Construction Inc.
110 West 40th Street
Suite 503
New York, NY 10018


John Deere Fin.
6400 NW 86th Street
PO Box 6600
Johnston, IA 50131-6600


Kishan Plumbing & Heating
106-46 Guy R.Brewer Blvd.
Jamaica, NY 11433


Lawrence Rafalovich
444 Coney Island Avenue
Brooklyn, NY 11218


Lexus Financial Services
PO Box 4102
Carol Stream, IL 60197-4102


M&R Constr. Grp., Inc.
Attn: James McEnerney
144 McClean Ave.
Staten Island, NY 10305


Madalla Diakite
c/o Glenn S Caplan PC
160 Broadway, 10 Fl
New York, NY 10038


Mariano Yanes
c/o Cuomo LLC
200 Old Country Rd.
Suite 2 South
Mineola, NY 11501

Maykoll Medina
c/o Chelsea Horowitz, Esq
600 Old Country Rd.
Suite 505
Garden City, NY 11530


Men of Steel Ent. et al.
c/o Porzio Bromberg Newma
156 W 56th St., Ste. 803
New York, NY 10019


NY Concrete Washout Sys.
c/oTesser & Cohen
946 Main Street
Hackensack, NJ 07601


Park Lumber Corp
1071 38th Street
Brooklyn, NY 11219


Ricardo Sisniega Palma
c/o Khavinson & Assoc. PC
45 Broadway, Ste. 720
New York, NY 10006


Rolls Royce Motor Cars
Financial Services
PO Box 9001065
Louisville, KY 40290-1065


S&E Building Materials In
744 McDonald Avenue
Brooklyn, NY 11218


S&Q Elevator Inc.
138 East Broadway
New York, NY 10002


Salvatore Fontana
2620 National Drive
Brooklyn, NY 11234


Santiago Alcantara
c/o Khavinson & Assoc.
45 Broadway, Ste. 720
New York, NY 10006

Small Bus. Admin. (SBA)
PO Box 3918
Portland, OR 97208-3918


Small Bus. Admin. (SBA)
2 North 20th Street
Suite 320
Birmingham, AL 35203


Supreme Flooring
1072 Madison Avenue
Lakewood, NJ 08701


Syed Contractors Corp
273 Hunter Avenue
Staten Island, NY 10306


TD Bank NA
PO Box 100295
Columbia, SC 29202


Tradesman Program Mgrs
c/o The Willis Law Group
1985 Forest Lane
Garland, TX 75042


Ummay Hana
c/o Michael Gasi & Assoc
40-43 75th St, 1st Fl
Elmhurst, NY 11373


Wave Constr. Group
c/o King & King, LLP
Sanborn Map Building
629 Fifth Avenue
Pelham, NY 10803


Wave Constr. Group
199 Lee Avenue #542
Brooklyn, NY 11211


Will Omar Aguilar Pineda
c/o Lawrence P. Biondi PC
81 Main St., Ste 305
White Plains, NY 10601

YM Pro Corp/Prograde
150 Bay 17th Street
Brooklyn, NY 11214


Yohamir A Barturen
c/o Sanders Aronova
100 Garden City Plaza
Suite 500
Garden City, NY 11530