EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                    Chapter 11

                                                                           Case No. 23-44119 (ESS)

RISE DEVELOPMENT PARTNERS, LLC,

        Debtor.
-----------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK      )
                       ss:
COUNTY OF NASSAU       )

DENISE BISAGNI, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age and resides in Suffolk County, New York.

On February 5, 2024, deponent served the following:

- **Notice of Chapter 11 Case [Dkt. No. 14];**

- **Bar Date Order dated 1/19/2024 [Dkt. No. 21];** and/or

- **Amended Schedule G** and **Declaration of Lawrence Rafalovich, President of Rise Development Partners, LLC, Pursuant to Local Rule 1009-1(a) [Dkt. No. 55]**

by First Class Mail upon the attorneys/parties listed on the annexed list at the addresses listed, said addresses designated for that purpose, by depositing true copies of same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of United States Postal Service within the State of New York.

TO:    *See Service List Attached*

                                                                     *s/ Denise Bisagni*
                                                                       Denise Bisagni

Sworn to before me this 5th day of February 2024

*s/ Cristina M. Lipan*
Cristina M. Lipan
Notary Public, State of New York
No. 02LI6365180
Qualified in Queens County
Commission Expires October 2, 2025

**SERVICE LIST**

***DKT. NO. 14, DKT. NO. 21 and DKT. NO. 55***

73 Gold Street, LLC
166 Beard Street
Brooklyn NY 11231

132 Waverly Ave SPE LLC
c/o Tuttle Yick LLP
Attn: Alexander Tuttle, Esq.
352 Seventh Avenue, 14th Floor
New York, New York 10001

566 Grand Street SPE LLC
c/o Tuttle Yick LLP
Attn: Alexander Tuttle, Esq.
352 Seventh Avenue, 14th Floor
New York, New York 10001

HYG Financial Services, Inc.
5000 Riverside Drive, Suite 300 East
Irving, Texas 75039-4384

***DKT. NO. 55***

Jeremy S. Sussman, Esq.
Office of The United States Trustee
Eastern District of New York - Brooklyn
Alexander Hamilton Custom House
One Bowling Green, Suite 510
New York, NY 10004-1408

Heidi J. Sorvino, Esq.
White and Williams, LLP
7 Times Square, Suite 2900
New York, NY 10036