UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
In re:                                                                    Chapter 11

RISE DEVELOPMENT PARTNERS, LLC,                (Subchapter V)

                                                                          Case No. 23-44119 (ESS)

                            Debtor.
----------------------------------------X

### ORDER SCHEDULING HEARING ON CONFIRMATION OF DEBTOR'S PLAN AND RELATED MATTERS

Upon the request of Rise Development Partners, LLC ("<u>Debtor</u>"), by and through its attorneys, LaMonica Herbst & Maniscalco, LLP, for entry of an Order scheduling a hearing on the Debtor's Plan of Liquidation (the "<u>Plan</u>") [ECF 58] and fixing a deadline for the casting of ballots accepting or rejecting the Plan;

NOW, THEREFORE, it is hereby

ORDERED, that a ***video*** hearing on confirmation of the Plan shall be held on **April 11, 2024 at 10:30 a.m.** before the Honorable Elizabeth S. Stong ~~(ESS)~~ in the United States Bankruptcy Court, Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201 (the "<u>Confirmation Hearing</u>" or "<u>Hearing</u>"); and, it is further

ORDERED, that the Hearing ~~may~~ ***will*** be held by ~~telephone,~~ video ~~or in person, as the Court deems appropriate~~. Any party intending to appear at the Hearing must register with eCourt Appearances, at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl, at least two (2) business days prior to the Hearing. Instructions for registering with eCourt Appearances can be found at: https://www.nyeb.uscourts.gov/registering-remote-hearing-appearance-using-ecourt-appearances. In the event that you are not able to register online, you may call or email Judge Stong's courtroom deputy for instructions at (347) 394-1864, ess_hearings@nyeb.uscourts.gov,

at least two (2) business days prior to the hearing date. Further information may be found of the Court's webpage at: https://www.nyeb.uscourts.gov/content/judge-elizabeth-s-stong; and, it is further

ORDERED, that, by no later than **March 4, 2024**, the Debtor shall mail the Plan, a ballot conforming to Official Form B314 (for those creditors entitled to vote), and a copy of this Order (the "Solicitation Package") to (a) all creditors, (b) all entities that have filed a Notice of Appearance, (c) the Subchapter V Trustee, and (d) the United States Trustee; and, it is further

ORDERED, that to be counted as a vote to accept or reject the Plan, a ballot must be properly executed, completed and delivered to LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Wantagh, New York 11793, Attn: Adam P. Wofse, Esq. either by (a) regular mail, (b) overnight courier, (c) personal delivery or (d) email to awofse@lhmlawfirm.com so as to be received by no later than **April 2, 2024**; and, it is further

ORDERED, that any responses or objections to confirmation of the Plan must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, and shall be both filed with the Clerk of this Court (instructions for electronic filing can be found at https://www.nyeb.uscourts.gov/electronic-case-filing-and-pacer) and served on the following parties by no later than 5:00 p.m., Eastern Time on **April 4, 2024**: (a) the Office of the United States Trustee, One Bowling Green, Suite 510, New York, New York 10004-1408, Attn: Brooklyn Division, Jeremy S. Sussman, Esq.; (b) LaMonica Herbst & Maniscalco, LLP, 3305 Jerusalem Avenue, Wantagh, New York 11793, Attn: Adam P. Wofse, Esq.; (c) the Subchapter V Trustee, Heidi J. Sorvino, Esq., 7 Times Square, Suite 2900, New York, New York 10036-6524; and (d) a chambers copy shall be emailed to the Honorable Elizabeth S. Stong at ESS_Hearings@nyeb.uscourts.gov; and, it is further

ORDERED, that the Debtor shall file a ballot tabulation and Certification of Voting with the Clerk of the Court no later than **April 4, 2024**; and, it is further

ORDERED, that the Debtor shall file proof of service in accordance with this Order prior to the Confirmation Hearing; and, it is further

~~ORDERED, that you need not appear at the Confirmation Hearing if you do not object to the relief requested; and, is further~~

ORDERED, that the Confirmation Hearing may be continued or adjourned from time to time without further notice other than by an announcement of the continued or adjourned date at the Confirmation Hearing.



Dated: Brooklyn, New York
February 23, 2024

_____
Elizabeth S. Stong
United States Bankruptcy Judge